UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-8 ELLIOTT SANFORD COTTON,

Defendant.

CRIMINAL NO. 16-20222
HON. ARTHUR J. TARNOW

_____/

### DEFENDANT'S ACKNOWLEDGMENT OF THE INDICTMENT

I, ELLIOTT SANFORD COTTON, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the Indictment in this case prior to pleading to it, and I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

| | |
|---|---|
| COUNT ONE: | Not less than 5 years and not more than 40 years imprisonment and/or $5,000,000 fine. |
| | If the court finds that this offense has been committed after a prior conviction for a felony drug offense has become final, not less than 10 years imprisonment and not more than life imprisonment and/or an $8,000,000 fine. |
| COUNT TWO: | Up to life imprisonment and not less than 10 years; and/or $10,000,000 fine. |
| COUNT THREE: | Not less than 5 years and not more than 40 years imprisonment and/or $5,000,000 fine. |
| COUNT FIVE: | Maximum imprisonment of not more than 20 years; and/or up to $500,000 fine. |

*Elliott Cotton*
ELLIOTT SANFORD COTTON
Defendant

Dated: April 11, 2016

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for the defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pretrial motions to be filed within twenty days of arraignment.

_____
Counsel for Defendant

Dated: April 11, 2016